AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TOMMY S. MARKS,

    Plaintiff,

    v.

STATE OF WASHINGTON,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-538-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion to Dismiss, ECF No. 4, is GRANTED. Judgment is to be entered in Defendant's favor, without prejudice. File closed.

January 9, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer